UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-20581-CIV-MORENO**

ROGELIO AROLDO CABRERA and all
others similarly situated under 29 U.S.C.
216(b),

   Plaintiff,

vs.

CMG DEVELOPMENT, LLC., CARLOS M.
GONZALEZ, and ALEX GRANADOS,

   DEFENDANT.

_____/

### <u>NOTICE OF COURT PRACTICE IN FLSA CASES</u>

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.  The

Court notes that this is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid

wages.  To assist the Court in the management of the case, the Plaintiff shall file a <u>short</u>

statement of claim setting forth the total amount of alleged unpaid wages, the calculation of such

wages (number of hours multiplied by the rate of pay along with corresponding dates such wages

such wages were earned), and the nature of the wages (e.g. minimum or overtime) no later than

**<u>March 14, 2016</u>**.  The calculation must be set forth in the form of an easily readable chart.  The

statement <u>must</u> set out the total amount of unpaid wages along with the amount of attorney's fees

(hours and rate) incurred to date.  The Plaintiff shall promptly serve a copy of the statement to

the DEFENDANT' counsel when counsel first appears for the DEFENDANT in the case or at the

time of filing if DEFENDANT' counsel has already appeared in this case.  DEFENDANT shall

file a corresponding statement within fifteen days of receiving service of the Plaintiff's statement

providing its own chart of the wages paid during the same corresponding time periods. These statements must not contain any argument or citation to authority.

No later than five days after the close of discovery, Plaintiff shall file an amended statement of claim including the information set forth in the preceding paragraph. DEFENDANT may respond to the amended statement of claim within five days of Plaintiff's filing. Failure to comply with this order may result in dismissal of the case without prejudice. See S.D. Fla. L.R. 16.1(B)(6); 16.1(M).

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of February 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2