UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20581-CIV-FAM

ROGELIO AROLDO CABRERA and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
        Plaintiff, )
 vs. )
)
)
CMG DEVELOPMENT LLC, )
CARLOS M GONZALEZ, )
ALEX GRANADOS, )
)
)
        Defendants.

_____

## PLAINTIFF'S STATEMENT OF CLAIM

    Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (6/22/13-2/1/16):**
Amount of half time per hour not compensated: $7
Weeks: 136
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $9,520 X 2 = $19,040

Attorney fees and costs to date:
J.H. Zidell, Esq. - 1.5 hours X $390.00 per hour = $585
K. David Kelly, Esq. – .6 hours X $350.00 per hour = $210
Rivkah Jaff, Esq. – .8 hours X $225.00 per hour = $180

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:__/s/_____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 2/24/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**