5701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROGELIO AROLDO CABRERA,
and all others similarly situated
under 29 U.S.C. 216(b),

CASE NO: 16-CV-20581-FAM

    Plaintiff,
v.

CMG DEVELOPMENT, LLC,
CARLOS M. GONZALEZ,
ALEX GRANADOS,

    Defendants.
_____/

## MOTION TO WITHDRAW

COMES NOW the undersigned attorney Robert P. Frankel, on behalf of himself and his law firm, and hereby file this as his Motion to Withdraw as Counsel of Record for Defendant, Alex Granados and allege as follows:

1. The undersigned attorney has encountered irreconcilable differences between himself and the named Defendant that will not permit him to continue to provide further legal representation. CMG Development Corp., was paying for the defense of Carlos Gonzalez, its principal, and Alex Granados. Mr. Granados has left the company.

2. The last known address of Defendant, Alex Granados is 5877 Triphammer Road, Lake Worth, Florida 33463.

3. In accordance with S.D. Fla. Local Rule 7.1(a)(3), the undersigned certify that they have made a good faith effort to contact the specific above-named Defendant by telephone in an effort to resolve the issues raised and relief sought in this Motion, but have been unable to do so. The undersigned has made a good faith effort in writing

to confer with Plaintiff's counsel to determine if they are opposed to the relief being requested herein, but Plaintiff's counsel have failed to respond to the undersigned requests.

**WHEREFORE**, undersigned requests that this Court grant this motion and enter an Order allowing withdrawal of ROBERT P. FRANKEL, ESQUIRE and his respective law firm, LAW OFFICES OF ROBERT P. FRANKEL, P.A. on behalf of the Defendant, Alex Granados. A proposed Order granting this Motion is attached as Exhibit "A"

**Law Offices of Robert P. Frankel, P.A.**
Attorneys for Defendants
1000 South Pine Island Road, Suite 410
Plantation, Florida 33324
Robert@frankelpa.com
Kim@frankelpa.com
Lana@Frankelpa.com
(305) 358-5690; (305) 358-2306 FAX

By_____/s/_____
ROBERT P. FRANKEL
Florida Bar No. 304786

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was served upon Alex Granados, 5877 Triphammer Road, Lake Worth, Florida 33463; and J.H. Zidel, Esquire 300 71st Street, Suite 605, Miami Beach, Florida 33141 zabogado@aol.com on this November 21, 2016.

By_____/s/_____
ROBERT P. FRANKEL