UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-20581-CIV-MORENO**

ROGELIO AROLDO CABRERA, and all
others similarly situated,

        Plaintiff,

vs.

CMG DEVELOPMENT, LLC; CARLOS M.
GONZALEZ; and ALEX GRANADOS,

        Defendants.
_____/

**ORDER SETTING ANSWER DEADLINE**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Defendants shall file a response to Plaintiff's complaint no later than **January 18, 2018**.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of January 2018.

                                              _____
                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record