UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20581-CIV-FAM

ROGELIO AROLDO CABRERA and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                                    Plaintiff, )
  vs. )
                                                     )
CMG DEVELOPMENT LLC, )
CARLOS M GONZALEZ, )
ALEX GRANADOS, )
                                                     )
                          Defendants. )
_____ )

**PLAINTIFF'S NOTICE REGARDING FILING IN SISTER CASE**

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and Notices the Court of Plaintiff's filing of Plaintiff's Motion to Lift Stay, Consolidate Cases, and for Entry of a New Scheduling Order, in the matter of *Cabrera v. CMG Development LLC, et al.*, Case No.: 17-20017-CIV-FAM [DE33].

                                                         Respectfully submitted,

                                                         J. H. ZIDELL, P.A.
                                                         ATTORNEYS FOR PLAINTIFF
                                                         300-71ST STREET, SUITE 605
                                                         MIAMI BEACH, FLORIDA 33141
                                                         305-865-6766
                                                         305-865-7167

                                                         By:_s/ Rivkah F. Jaff, Esq._____
                                                             Rivkah F. Jaff, Esquire
                                                            Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 1/8/18 TO:

**ROBERT P. FRANKEL, ESQ.**
**ROBERT P. FRANKEL & ASSOCIATES P.A.**
**25 W. FLAGLER STREET, SUITE 900**
**MIAMI, FL 33130**
**305-358-5690**
**FAX: 305-358-2306**
**EMAIL: ROBERTFRANKEL@BELLSOUTH.NET**

**NELSON C. BELLIDO, ESQ.**
**JAMES P. GUEITS, ESQ.**
**ROIG LAWYERS**
**44 W. FLAGLER STREET, SUITE 2100**
**MIAMI, FL 33130**
**(305) 405-0997**
**PLEADING@ROIGLAWYERS.COM**

BY: /s/ Rivkah Jaff
      RIVKAH JAFF, ESQ.