**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 16-20581-CIV-Moreno

**Rogelio Aroldo Cabrera**
                    **Plaintiff,**
**vs.**

**CMG Development LLC et al**
              **Defendant.**

_____ /

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Jon W. Zeder
Jon W. Zeder, P.A.
2665 S. Bayshore Drive
Penthouse One
Miami, FL 33133
Telephone: 305-374-5030
Facsimile: 305-374-5033
Email: jzeder@hlhlawfirm.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Rivkah Fay Jaff
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
Telephone: 305-865-6766
Email: Rivkah.Jaff@gmail.com

DONE at the Federal Courthouse Square, Miami, Florida this 22nd day of January, 2018.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: s/Peggy Johnson _____
Deputy Clerk

Copies to:
The Honorable Federico A. Moreno, United States District Judge
All Counsel of Record and/or Pro Se Parties
Jon W. Zeder, Certified Mediator (Copy Mailed)                     Rev. 2013-01