5701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROGELIO AROLDO CABRERA,
and all others similarly situated
under 29 U.S.C. 216(b),

CASE NO: 16-CV-20581-FAM

    Plaintiff,

v.

CMG DEVELOPMENT, LLC,
CARLOS M. GONZALEZ,
ALEX GRANADOS,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANT'S
MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS [D.E. 42]**

Defendants, CMG Development, LLC and Carlos M. Gonzalez, hereby file their notice of withdrawal of the Defendants' motion for protective order and sanctions filed on January 22, 2018 [D.E 42].

**Law Offices of Robert P. Frankel, P.A.**
Attorneys for Defendants
1000 South Pine Island Road, Suite 410
Plantation, Florida 33324
Robert@frankelpa.com
(305) 358-5690; (305) 907-5901 FAX
By__/s/ *Robert P. Frankel*_____
    ROBERT P. FRANKEL
    Florida Bar No. 304786

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy was served upon Alex Granados, 5877 Triphammer Road, Lake Worth, Florida 33463; and J.H. Zidel, Esquire 300 71st Street, Suite 605, Miami Beach, Florida 33141 zabogado@aol.com Neil Tobak, Esq., ntobak.zidellpa@gmail.com on this January 26, 2018.

    By__/s/ *Robert P. Frankel*_____
    ROBERT P. FRANKEL