UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20581-CIV-FAM

ROGELIO AROLDO CABRERA and all   )
others similarly situated under 29 U.S.C.   )
216(b),   )
                                                           )
                      Plaintiff,   )
         vs.   )
                                                           )
CMG DEVELOPMENT LLC, et al.,   )
                                                           )
                      Defendants.   )
_____ )

## ORDER SCHEDULING MEDIATION

THE INITIAL MEDIATION CONFERENCE in this matter shall be held with Clerk

appointed mediator Jon W. Zeder, Esq., on March 19, 2018, commencing at 9:30 a.m. at Jon W.

Zeder, P.A., 2665 S. Bayshore Drive, Penthouse One, Miami, FL 33133.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this 26

day of _____, 2017.

                                                      _____
                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record