UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20581-CIV-MORENO

ROGELIO AROLDO CABRERA, and all
others similarly situated,

       Plaintiff,

vs.

CMG DEVELOPMENT, LLC; CARLOS M.
GONZALEZ; and ALEX GRANADOS,

       Defendants.
_____/

## ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS

THIS CAUSE came before the Court upon Defendants' Notice of Withdrawal of Defendants' Motion for Protective Order and for Sanctions **(D.E. 46)**, filed on **January 26, 2018**.

THE COURT has considered the notice, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record