5701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROGELIO AROLDO CABRERA,
and all others similarly situated           CASE NO: 16-CV-20581-FAM
under 29 U.S.C. 216(b),

    Plaintiff,
v.

CMG DEVELOPMENT, LLC,
CARLOS M. GONZALEZ,
ALEX GRANADOS,

    Defendants.
_____/

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY**

Defendants, CMG Development, LLC and Carlos Gonzalez (together, the "Defendants") move this Court for an enlargement of time to respond to the discovery requests of Plaintiff, Rogelio Aroldo Cabrera ("Plaintiff"), and for grounds would show:

1. On January 9, 2018, Plaintiff served its First Request for Production, First Request for Production, First Set of Interrogatories, and First Request for Admissions (the "Discovery").[1]

2. Counsel for Defendants is in the middle of a jury trial pending before the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 13-38046-CA (34). The jury trial is expected to conclude no later than Tuesday,

---

[1] These discovery requests were, in fact, the second set of discovery requests propounded by Plaintiff on the Defendants. The Defendants responded to the first set of discovery requests on November 30, 2016. The second set of discovery requests, i.e., the Discovery, are nearly identical to the first requests which Defendants responded to on November 30, 2016. This issue was the subject matter of Defendants' motion for protective order [D.E. # 42], which has since been withdrawn due to counsel for Plaintiff's agreement to withdraw all duplicative discovery requests.

February 13, 2018.

3. Due to the considerable amount of time and work devoted to the jury trial, counsel for the Defendants respectfully request a ten-day extension of time to respond to those requests of the Discovery that are <u>not</u> duplicative of the first set of discovery requests to which Defendants already responded.

4. This Motion for Enlargement of Time is not interposed for purposes of delay and no prejudice will result to Plaintiff by the relief requested herein.

5. Prior to the filing this Motion, an agreement for the relief requested herein was sought from counsel for Plaintiff. Unfortunately, an agreement was not obtained.

WHEREFORE, Defendants move this court for the entry of an order extending the deadline to respond to the Discovery from February 8, 2018 to February 18, 2018.

**Law Offices of Robert P. Frankel, P.A.**
Attorneys for Defendants
1000 South Pine Island Road, Suite 410
Plantation, Florida 33324
Robert@frankelpa.com
Kim@frankelpa.com
Lana@Frankelpa.com
(305) 358-5690; (305) 358-2306 FAX

By  */s/ Robert P. Frankel*_____
        ROBERT P. FRANKEL
        Florida Bar No. 304786

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy was served upon Alex Granados, 5877 Triphammer Road, Lake Worth, Florida 33463; J.H. Zidel, Esquire and Rivkah Jaff, Esquire, 300 71st Street, Suite 605, Miami Beach, Florida 33141 zabogado@aol.com and rivkah.jaff@gmail.com on this February 8, 2018.

By  */s/ Robert P. Frankel*_____
        ROBERT P. FRANKEL