UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20581-CIV-MORENO

ROGELIO AROLDO CABRERA, and all
others similarly situated,

        Plaintiff,

vs.

CMG DEVELOPMENT, LLC; CARLOS M.
GONZALEZ; and ALEX GRANADOS,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Joint Stipulation to Narrow the Issues (**D.E. 50**), filed on **February 1, 2018**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Plaintiff show cause as to whether the Joint Stipulation to Narrow the Issues moots Plaintiff's previously filed motions to compel discovery (D.E. 35, 36). Plaintiff shall file a response with the Court indicating the effect of the parties' agreement on the motions by no later than **February 21, 2018**. Failure to file a response will result in the Court denying the motions to compel as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of February 2018.

                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record