UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20581-CIV-FAM

| | |
|---|---|
| ROGELIO AROLDO CABRERA and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| CMG DEVELOPMENT LLC,<br>CARLOS M GONZALEZ,<br>ALEX GRANADOS, | )<br>)<br>) |
| Defendants. | ) |

**JOINT NOTICE OF SETTLEMENT**

The Parties, by and through their respective undersigned counsel, hereby notice the Court that the above-captioned matter has been settled as to Plaintiff and Defendants, CMG DEVELOPMENT LLC, and CARLOS M GONZALEZ, pursuant to an amicable resolution among these Parties. It is these Parties understanding that any pretrial deadlines and pending discovery is deemed moot by virtue of these Parties' settlement.

Dated this 26th day of February, 2018.

By: */s/ Rivkah F. Jaff, Esq.*
    Rivkah F. Jaff, Esq.
    Fla. Bar No. 107511
    Email: Rivkah.Jaff@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766
    Facsimile: (305) 865-7167
    *Attorney for Plaintiff*

By: */s/ Robert P. Frankel, Esq.*
    Robert P. Frankel, Esq.
    Fla. Bar. No.: 304786
    Email: RobertFrankel@bellsouth.net
    Robert P. Frankel & Associates P.A.
    25 W. Flagler Street, Suite 900
    Miami, FL 33130
    Telephone: (305) 358-5690
    Facsimile: (305) 358-2306
    *Attorneys for Defendants, CMG Development, LLC and Carlos M. Gonzalez*