UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-20581-CIV-MORENO

ROGELIO AROLDO CABRERA, and all
others similarly situated,

      Plaintiff,

vs.

CMG DEVELOPMENT, LLC; CARLOS M.
GONZALEZ; and ALEX GRANADOS,

      Defendants.
_____/

## ORDER DENYING JOINT MOTIONS FOR SETTLEMENT (D.E. 53, 57)

THIS CAUSE came before the Court upon the following motions: (1) Joint Motion for Approval of Parties' Settlement Agreement, Stipulated Dismissal with Prejudice as to only Defendant Alex Granados, and for the Court to Retain Jurisdiction **(D.E. 53)**, filed on **February 12, 2018**, and (2) Joint Motion for Approval of Parties' Settlement Agreement, Stipulated Dismissal with Prejudice as to Defendants, CMG Development LLC and Carlos M. Gonzalez, Only, and for the Court to Retain Jurisdiction **(D.E. 57)**, filed on **March 14, 2018**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are DENIED. The Joint Motion for Approval of Parties' Settlement Agreement as to Defendant Alex Granados is DENIED because the $10,038.12 in attorneys' fees requested is not reasonable considering that the Plaintiff will only receive $7,000.00. Likewise, the Joint Motion for Approval of Parties' Settlement Agreement as to Defendants CMG Development, LLC and Carlos M. Gonzalez is DENIED because the

$37,225.00 in attorneys' fees is not reasonable considering that the Plaintiff will only receive $5,000.00.

DONE AND ORDERED in Chambers at Miami, Florida, this ___19___ of March 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record