UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20581-CIV-FAM

ROGELIO AROLDO CABRERA and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
          Plaintiff, )
vs. )
 )
CMG DEVELOPMENT LLC, et al., )
 )
          Defendants. )
_____ )

**ORDER APPROVING RENEWED MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT, STIPULATED DISMISSAL WITH PREJUDICE, AND FOR THE COURT TO RETAIN JURISDICTION**

Having reviewed the Settlement Agreements between the Parties, Plaintiff, ROGELIO AROLDO CABRERA ("Plaintiff"), and Defendants, C MG DEVELOPMENT LLC, CARLOS M GONZALEZ, and ALEX GRANADOS ("Defendants"),(collectively, the "Plaintiff" and "Defendants" referred to as the "Parties"), it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants, with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement between Plaintiff and Defendants is hereby **APPROVED** in its entirety by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE as to Defendants,** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. All pending motions in this case are DENIED as moot, and this case is CLOSED.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 22 day of March 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record